IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: |
| James Leon Pereira | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, declares that he/she is capable of making this declaration and that all statements are made of his/her own knowledge and are true, and that all statements made on information and belief are believed to be true.

1. My name is James Leon Pereira. I am more than 21 years of age and capable of making this declaration. I am under no legal disability. I am in all ways qualified to make this declaration. I have personal knowledge of the facts stated herein and the stated facts are true.

2. I am the Debtor in the above styled Chapter 13 proceeding.

3. I was the Debtor in a previous case, Case No. 22-33595. I fell behind on Chapter 13 plan payments in the previous case because my wage order was not deducting from my wages. I had the funds but did not understand I was required to send them in directly until my wage order started. Due to a miscommunication with my attorney, not all my documents were provided timely, and my payments were slow in coming in. My case was dismissed before I could come current.

4. Since the dismissal of that case, I have obtained new counsel. I understand I must send in my payments until they start coming out of my paycheck. I have provided required documents to my attorney. My current income will allow me to make all payments as required in this case.

5. I filed this case in good faith. I desire to become current on my mortgage and reorganize my debts.

| | *James Leon Pereira* |
|---|---|
| 08/01/2023 | _____ |
| _____ | |
| Date | James Leon Pereira |

**THIS DECLARATION IS MADE UNDER PENALTY OF PERJURY.**